**David James DODD, Plaintiff–Appellant,**

v.

**UNKNOWN PARTIES, C.O. and C.O. II; et al., Defendants–Appellees.**

No. 11–15283.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 26, 2012.

David James Dodd, Florence, AZ, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

David James Dodd, an Arizona state prisoner, appeals pro se from the district court's order dismissing as time-barred his 42 U.S.C. § 1983 action alleging deliberate indifference to his safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Jones v. Blanas*, 393 F.3d 918, 926 (9th Cir.2004), and we affirm.

The district court properly dismissed Dodd's claims as time-barred because the claims accrued more than four years before Dodd filed his complaint. *See id.* at 927 (for § 1983 claims, the courts apply the forum state's statute of limitations for personal injury claims); Ariz.Rev.Stat. § 12–542(1) (two-year statute of limitations for personal injury actions).

Dodd's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

